*Kuzinski v. Schering Corporation*, No. 07-cv-233 (Arterton, J.)
**List of Docket Entries to be Included on Defendant's Index for Appeal**

| Date Filed | Docket Number | Description of Document |
|---|---|---|
| 5/8/2007 | 46 | Amended Complaint |
| 5/29/2007 | 51 | Defendant's Answer to Amended Complaint with Affirmative Defenses |
| 5/16/2008 | 85 | Defendant's Motion for Summary Judgment |
| 5/16/2008 | 86 | Memorandum of Law in Support of Defendant's Motion for Summary Judgment |
| 5/16/2008 | 87 | Statement of Material Facts in Support of Defendant's Motion for Summary Judgment |
| 5/16/2008 | 88 | Exhibits for Defendant's Motion for Summary Judgment |
| 6/16/2008 | 92 | Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment |
| 6/16/2008 | 93 | Plaintiffs' Statement of Material Facts in Opposition to Defendant's Motion for Summary Judgment, Plaintiffs' Local Rule 56(a)(2) Statement |
| 6/16/2008 | 94 | Affidavit of Marc Campano In Opposition to Defendant's Motion for Summary Judgment |
| 6/16/2008 | 95 | Affidavit of Shawn Jones In Opposition to Defendant's Motion for Summary Judgment |
| 6/16/2008 | 96 | Affidavit of Eugene Kuzinski In Opposition to Defendant's Motion for Summary Judgment |
| 6/16/2008 | 97 | Affidavit of Michael DiChiara In Opposition to Defendant's Motion for Summary Judgment |
| 6/27/2008 | 101 | Defendant's Reply Memorandum of Law in Further Support of its Motion for Summary Judgment |
| 7/8/2008 | 102 | Plaintiffs' Motion for Leave to File Supplemental Authority and to File the Declaration of Jerry Harris |

| Date | No. | Description |
|---|---|---|
| 7/8/2008 | 103 | Affidavit in Support of Plaintiffs' Motion for Leave to File Supplemental Authority and to File the Declaration of Jerry Harris |
| 7/10/2008 | 104 | Defendant's Motion to Strike the Declaration of Jerry Harris |
| 7/10/2008 | 105 | Memorandum of Law in Support of Defendant's Motion to Strike the Declaration of Jerry Harris |
| 7/29/2008 | 106 | Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion to Strike the Declaration of Jerry Harris |
| 8/13/2008 | 107 | Order Granting Plaintiffs' Motion for Leave to File Supplemental Authority and Denying Defendant's Motion to Strike the Declaration of Jerry Harris |
| 8/15/2008 | 109 | Defendant's Notice of Additional Authority in Connection with its Motion for Summary Judgment |
| 10/3/2008 | 110 | Motion for Leave to File Supplemental Brief in Support of Defendant's Motion for Summary Judgment |
| 10/8/2008 | 111 | Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion for Leave to File a Supplemental Brief in Support of its Motion for Summary Judgment |
| 10/8/2008 | 112 | Order granting Defendant permission to file a Supplemental Brief in Support of its Motion for Summary Judgment |
| 10/20/2008 | 113 | Plaintiffs' Supplemental Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment |
| 11/18/2008 | 115 | Plaintiffs' Second Motion for Leave to file Supplemental Authority |
| 11/18/2008 | 116 | Affidavit of Michael DiChiara submitted with Plaintiffs' Second Motion for Leave to File Supplemental Authority |
| 11/20/2008 | 117 | Order granting Plaintiffs' Second Motion for Leave to File Supplemental Authority |

| Date | No. | Description |
|---|---|---|
| 11/20/2008 | 119 | Defendant's Motion for Leave to File Additional Deposition Testimony |
| 11/21/2008 | 120 | Order granting Defendant's Motion for Leave to File Additional Deposition Testimony |
| 11/21/2008 | 121 | Plaintiffs' Notice of Additional Authority |
| 11/24/2008 | 122 | Defendant's Revised Motion for Leave to File Additional Deposition Testimony |
| 12/08/2008 | 123 | Order granting Defendant's Motion for Leave to File Additional Deposition Testimony |
| 12/23/2008 | 125 | Transcript of December 16, 2008 Oral Argument |
| 1/14/2009 | 126 | Defendant's Notice of Additional Authority |
| 1/15/2009 | 127 | Plaintiffs' Notice of Additional Authority |
| 2/9/2009 | 128 | Defendant's Notice of Additional Authority |
| 2/12/2009 | 129 | Plaintiffs' Objection to Defendant's Notice of Additional Authority |
| 3/30/2009 | 130 | Order Denying Defendant's Motion for Summary Judgment |