UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Kuzinski, et al<br>    *Plaintiffs*,<br><br>    v.<br><br>Schering Corp.,<br>    *Defendant*. | Civil No. 3:07cv233 (JBA) |

ORDER

In light of the Supreme Court opinion *Christopher, et al v. Smithkline Beecham Corp., DBA Glaxosmithkline*, the Clerk is directed to restore this case to the active docket. Status reports shall be filed by July 2, 2012.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: June 19, 2012