IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2012 JUL 31 PM 2 19
U.S. DISTRICT COURT
NEW HAVEN, CT.

---------------------------------------------------------------- X
EUGENE KUZINSKI, MARC CAMPANO,
JERRY HARRIS, SHAWN JONES,
on behalf of themselves and others
similarly situated,

    Plaintiffs,

    v.

SCHERING CORPORATION,

    Defendant.
---------------------------------------------------------------- X

Case No. 3:07 CV 233 (JBA)

**ELECTRONICALLY FILED**

## AGREED FINAL JUDGMENT

Named Plaintiffs Eugene Kuzinski, Marc Campano, Jerry Harris and Shawn Jones filed the above-captioned lawsuit against Defendant Schering Corporation on February 13, 2007. Since that time, 129 opt-in plaintiffs have joined the lawsuit. Named Plaintiffs and opt-in Plaintiffs are referred to collectively as "Plaintiffs."

This case was administratively closed when the Supreme Court agreed to hear the arguments in *Christopher v. Smithkline Beecham Corp. d/b/a GlaxoSmithKline*. (Dkt. No. 274.) On June 18, 2012, the U.S. Supreme Court ruled that pharmaceutical sales representatives are exempt outside salespersons under the FLSA. The Court reopened the case on June 19, 2012. (Dkt. No. 283.)

As a result of the Supreme Court's ruling in the *Christopher* case, the Parties have consented to the entry of this Agreed Final Judgment and jointly request that the Court enter judgment dismissing Plaintiffs' FLSA claims against Defendant with prejudice. All Parties enter into this Agreed Final Judgment knowingly and voluntarily and waive any right to appeal from

the Agreed Final Judgment. Furthermore, all Parties have agreed that all fees and costs will be borne by the Parties incurring same. No Party has requested that the Court award fees or costs.

After reading the pleadings in this case and the Joint Status Report filed on June 29, 2012 (Dkt. No. 284), and it appearing to the Court that all Parties agree to and have approved this Agreed Final Judgment, the Court is of the opinion that the Agreed Final Judgment should be approved and entered.

NOW THEREFORE, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. The Court has jurisdiction over the claims asserted and jurisdiction over all of the Parties to this action.
2. Plaintiffs' FLSA claims against Defendant are DISMISSED with PREJUDICE.
3. All fees and costs will be borne by the Party incurring same.
4. All relief not expressly granted herein is hereby DENIED. This judgment disposes of all Parties and all issues. This is a final judgment.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: July 30, 2012, 2012